# Court of Appeals
# of the State of Georgia

ATLANTA, June 20, 2023

*The Court of Appeals hereby passes the following order:*

**A23I0231. BALDWIN COUNTY, GEORGIA v. DEPARTMENT OF BEHAVIORAL HEALTH AND DEVELOPMENTAL DISABILITIES FOR THE STATE OF GEORGIA, et al.**

On May 8, 2023, the Superior Court of Fulton County granted in part the defendants' motion to dismiss Baldwin County's complaint. On May 12, 2023, the court issued a certificate of immediate review of its ruling. The County's application was due within 10 days, on May 22, 2023. See OCGA § 5-6-34 (b). The County filed its application on that date, but failed to attach a certificate of immediate review. This Court was unable to accept the incomplete application for filing, and returned it. See id.; Court of Appeals Rule 30 (c). The following day, May 23, 2023, the County resubmitted the application materials, this time including a certificate of immediate review. On May 24, 2023, the County filed a "Motion to Change Filing Date of Application for Interlocutory Appeal to Original Filing Date," requesting that this Court "backdate" the materials to show that the application was successfully filed on May 22, 2023. This Court denies the County's motion and this Court lacks jurisdiction to consider this application.

Under OCGA § 5-6-34 (b), an application for interlocutory appeal must be filed within ten days of the trial court granting a timely certificate of immediate review. See *Genter v. State*, 218 Ga. App. 311, 311 (460 SE2d 879) (1995); see generally *Bailey v. Bailey*, 266 Ga . 832, 832-833 (471 SE2d 213) (1996). The requirements of OCGA § 5-6-34 (b) are jurisdictional. See *State v. Wheeler*, 310 Ga. 72, 76 (3) (849 SE2d 401) (2020). Where a certificate of immediate review is required but not included with the application for interlocutory appeal, the appeal must be dismissed. *Miller v. State*, 180 Ga. App. 710 (350 SE2d 313) (1986); see Court of Appeals Rule 30 (c). Here, the County failed to file a complete application until 11 days after the superior court entered the certificate of immediate review. Therefore, the County's motion is DENIED and the application is hereby DISMISSED for lack of jurisdiction.[1]



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  06/20/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] The County has also filed a direct appeal from the same May 8, 2023 order. See Case No. A23A1636. The dismissal of this application has no bearing on the direct appeal.